CLEAR FORM

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Ronald Moss
_____
PLAINTIFF

4405 County Road 52
_____
Address (No Post Office Boxes)

Notasulga          AL          36866
_____
City              State        Zip Code

VS.

Xtreme Solutions, Inc.
_____
DEFENDANT

2859 Paces Ferry RD. SE
_____
Address (No Post Office Boxes)

Atlanta          GA        30339
_____
City             State      Zip Code

Case: 1:23−cv−02031 JURY DEMAND
Assigned To : Kollar−Kotelly, Colleen
Assign. Date : 6/26/2023
Description: Employ. Discrim. (H−DECK)

CIVIL ACTION NO.  _____

Jury Trial:  [✔] Yes    [ ] No

## COMPLAINT

The charge of employment discrimination filed on 03/2023 with the
U.S. Equal Employment Opportunity Commission (EEOC) by Ronald
Moss against Xtreme Solutions, Inc. Discriminated against due to
disability and/or retailation. I am requesting a jury trail. I am not sure if
that is applicable with the right to sue EEOC complaint. Seeking full
damages in the requested amount (1 year salary) but open to any
counter settlement.

RECEIVED
JUN 26 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

_____
Original Signature (in pen)
PO Box 2802
_____
Name (if applicable, Prisoner ID No.)

Rev: 01/10/2023
*Use additional pages as needed

Address or Facility Address
Germantown    MD    20875